UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

BROOKSTONE COMPANY, INC., et al,

      Plaintiffs,

 -against-

PYRAMID COMPANY OF HADLEY, et al,

      Defendants.
--------------------------------------------------------X

96 – CV – 1215
(NAM/GSL)

U.S. DISTRICT COURT N.D. OF N.Y.
F I L E D
JUL 28 2006
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), it is hereby stipulated by and among plaintiff Ruby Tuesday, Inc. in its own capacity and as successor to and assignee of Morrison Incorporated and the defendants, that all of the claims alleged in the amended complaint on behalf of said ~~three~~ plaintiff~~s~~ are hereby dismissed with prejudice, each party bearing its own costs. This stipulation of dismissal is with respect only to the claims of said plaintiff and does not affect the remaining plaintiffs.

Dated: July 10, 2006

             PRYOR CASHMAN SHERMAN & FLYNN LLP

             By: _____
               Joseph Z. Epstein (502113)
             410 Park Avenue
             New York, New York 10022
             (212) 421-4100

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge

Dated: July 28, 2008

             GREENE HERSHDORFER & SHARPE
             Victor J. Hershdorfer (101968)
             One Lincoln Center, Suite 330
             Syracuse, New York 13202
             (315) 422-6154

Attorneys for Plaintiffs
WILLIAMS & CONNOLLY

By: /s/ Kenneth C. Smurzynski
Kenneth C. Smurzynski
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5000

SONNEBORN LAW OFFICES
James L. Sonneborn (102646)
241 W. Fayette Street
Syracuse, New York 13202
(315) 471-2151

Attorneys for All Defendants other than Messrs.
Bersani, Charters, Kellogg, Lugosch, Steingraber,
and Ungerer


BOIES, SCHILLER & FLEXNER LLP

By: /s/ Michael I. Endler
Michael I. Endler (509411)
100 State Street, Suite 900
Albany, New York 12207
(518) 434-0600

Attorneys for Defendants Bersani, Charters,
Kellogg, Lugosch, Steingraber, and Ungerer