IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

BROOKSTONE COMPANY INC., et al

Plaintiffs

V.

Case No.: 5:96-CV-1215 (NAM/GHL)

PYRAMID COMPANY OF HADLEY, et al

Defendants

**ORDER TO UNSEAL**

This closed case is being prepared for storage at the Federal Archives and Records Center in Lee Summit, Missouri. An order was issued on the 24th day of August, 2011 (Dkt. No. 317) directing the parties to show cause as to why the following sealed documents should not be unsealed and transferred to the Federal Archives and Records Center:

**Document # 34 - Affidavits of Mary Ann Milsop and Mohamed H. Nour filed January 15, 1997**

**Document # 210 - Sealed document filed August 16, 2004**

**Document # 234 - Response to Motion filed October 26, 2004**

**Document # 235 - Sealed document filed November 5, 2004**

**Document # 236 - Sealed document filed November 16, 2004**

**Document # 245 - Sealed document filed December 6, 2004**

**Document # 249 - Motion filed December 22, 2004**

**Document # 250 - Memorandum of Law filed December 22, 2004**

**Document # 251 - Declaration filed December 22, 2004**

**Document # 252 - Exhibits A-G to Declaration filed December 22, 2004**

**Document # 261 - Opposition papers filed January 14, 2005**

**Document # 264 - Reply Brief filed January 26, 2005**

**Document # 277 - Supporting Memorandum and Declaration filed May 6, 2005**

**Document # 278 - Memorandum of Law filed May 20, 2005**

**Document # 279 - Reply Memorandum of Law filed May 27, 2005**

**Document # 282 - Order of Magistrate Judge Lowe issued July 27, 2005**

The Court is under no obligation to remind parties of the requirement to comply with Local Rule 83.13 which states that pleadings and other papers filed under seal in civil actions shall remain under seal for sixty (60) days following final disposition of the action unless the district judge or magistrate judge, upon motion, orders that the pleading or other document remain under seal or be returned to the filing party. No such motion has been made. The order to show cause was issued as a courtesy to the parties.

Additionally, no response to the order to show cause has been filed by any party of record, and the deadline for any such response has expired.

It is hereby ORDERED that the Clerk shall UNSEAL document numbers 34, 210, 234-236, 245, 249-252, 261, 264, 277-279, and 282 and process the documents in accordance with the retention and disposition instructions reflected in the Judiciary's court records schedules contained in Appendices 6A and 6B in the *Guide to Judiciary Policy*, Volume 10, Chapter 6.

Dated: September 14, 2011
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge